# KIRKLAND & ELLIS LLP

### AND AFFILIATED PARTNERSHIPS

Andrew B. Bloomer, P.C.
To Call Writer Directly:
(312) 862-2482
andrew.bloomer@kirkland.com

300 North LaSalle
Chicago, Illinois 60654

(312) 862-2000

www.kirkland.com

Facsimile:
(312) 862-2200

October 12, 2015

The Honorable Jesse M. Furman
United States District Court for the
Southern District of New York
500 Pearl Street
New York, NY 10007

>   **Re:**   *In re: General Motors LLC Ignition Switch Litigation*;
>   *Coleman, et al. v. General Motors LLC, et al.*, 1:15-cv-07843 (JMF)
>   *Gabriel, et al. v. General Motors LLC, et al.*, 1:15-cv-07841 (JMF)

Dear Judge Furman:

Pursuant to Order No. 69 Paragraph 8 (Doc. No. 1162), counsel for General Motors LLC ("New GM") hereby certify that on September 30, 2015, New GM served a copy of the Order on counsel for plaintiffs in the above-captioned individual actions via email. A copy of the letter sent to plaintiffs' counsel is attached hereto as Exhibit 1.

Respectfully submitted,

/s/ Richard C. Godfrey, P.C.
/s/ Andrew B. Bloomer, P.C.

*Counsel for Defendant General Motors LLC*